James AVERY, Appellant, v. STATE of
Texas, Appellee.

No. 22932.

Court of Criminal Appeals of Texas.

Oct. 11, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for passing a forged instrument, punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he desires to have his appeal dismissed. It appearing that appellant does not desire to further prosecute his appeal the same is ordered dismissed.

Ralph H. CAMPBELL, Appellant, v. STATE of Texas, Appellee.

No. 22933.

Court of Criminal Appeals of Texas.

Nov. 1, 1944.

George S. McCarthy, of Amarillo, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at seven years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not desire to further prosecute his appeal and same is ordered dismissed.

Jack COLLIER, Appellant, v. STATE of Texas, Appellee (two cases).

Nos. 22944, 22946.

Court of Criminal Appeals of Texas.

Oct. 11, 1944.

Claude Segrest, of Waco, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for forgery, punishment assessed at two years in the penitentiary.

Appellant advises this court by proper affidavit that he does not further desire to prosecute his appeal, and the same is hereby ordered dismissed.

Jack COLLIER, Appellant, v. STATE of Texas, Appellee.

No. 22945.

Court of Criminal Appeals of Texas.

Oct. 11, 1944.

Claude Segrest, of Waco, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty before the court appellant was convicted of the offense of forgery, and his punishment assessed at two years' confinement in the penitentiary.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that he no longer desires to prosecute the appeal and requesting that the same be dismissed. The motion is granted and the appeal is ordered dismissed.